UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**ADAMO ACCIUS, JEAN ALTIDOR,
ROMENA CEUS, CARYL JOSEPH,
VANESSA JOSEPH, ERILES MAXEAN,
WILLY SAINTIL, KERLANDE THELEMERQUE,
WILFRED SAINT LOUIS, JEAN EMMANUEL
PIERRE-LOUIS, RUTH PAUL, TAMARA
TOUSSAINT, ASSADE VEDRINE,
SARAPHINA PIERRE ANDRE, JIMMY
PETIT-FRERE, EVENS HILAIRE, and
ERNST VIRGILE,**

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No.: 0:21-cv-60047-RKA

**SP PLUS CORPORATION, a Foreign Profit
Corporation, and BAGGAGE AIRLINE GUEST
SERVICES, INC., a Florida Corporation d/b/a BAGS,**

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, ADAMO ACCIUS, et al. ("Plaintiffs"), and Defendants, SP PLUS CORPORATION and BAGGAGE AIRLINE GUEST SERVICES, INC. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel hereby file this Joint Notice of Settlement, to advise the Court that they attended mediation on March 23, 2021. As a result, the Parties reached settlement of the claims as to all Plaintiffs in the above-styled action. The Parties are in the process of finalizing execution of their formal settlement documents.

Dated:  March 26, 2021.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/Peter M. Hoogerwoerd* | */s/ Jennifer Monrose Moore* |
| Peter M. Hoogerwoerd, Esq. | Jennifer Monrose Moore |
| Florida Bar No. 188239 | Florida Bar No. 035602 |
| | Vanessa Patel |
| **REMER & GEORGES-PIERRE, PLLC** | Florida Bar No. 103928 |
| 44 West Flagler Street, Suite 2200 | |
| Miami, FL 33130 | **OGLETREE, DEAKINS, NASH, SMOAK** |
| Telephone: (305) 416-5000 | **& STEWART, P.C.** |
| Facsimile: (305) 416-5005 | 100 North Tampa Street, Suite 3600 |
| Email: pmh@rgpattorneys.com | Tampa, FL 33602 |
| | Telephone: (813) 289-1247 |
| *Attorneys for Plaintiffs* | Facsimile: (813) 289-6530 |
| | Email: jennifer.moore@ogletree.com |
| | vanessa.patel@ogletree.com |
| | *Attorneys for Defendants* |

46516559.1