UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60047-CIV-ALTMAN/Hunt

**ADAMO ACCIUS,** *et al.*,

    *Plaintiff*,

v.

**SP PLUS CORPORATION**, *et al.*,

    *Defendants*.

_____/

## ORDER

The parties filed a Notice of Settlement [ECF No. 22]. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **May 3, 2021**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of March 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record