UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60047-CIV-ALTMAN/Hunt

**ADAMO ACCIUS**, *et al.*,

    *Plaintiff*,

v.

**SP PLUS CORPORATION**, *et al.*,

    *Defendants*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties filed a Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 24] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of May 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record